■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY GREENE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Colabella, J.), rendered March 9, 1990.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Thompson, J. P., Harwood, Rosenblatt and Miller, JJ., concur.